IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BENJAMIN WILLIAM FAWLEY,

    Plaintiff,

v.                                                                           CIV 11-0181 LH/KBM

GEO GROUP, INC., GREGG MARCANTEL,
in his official capacity as Secretary for the
New Mexico Department of Corrections,
DWAYNE BURRIS, Correctional Officer, and
FNU WIGGINS, Correctional Officer.

    Defendants.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Chief Magistrate Judge filed proposed findings on March 18, 2013, that, among other things, require Plaintiff to submit legible filings. *See Doc. 98* at 11, 54. Plaintiff filed timely objections that do not comply with the admonition to write more clearly. *See Doc. 99.* Despite the difficulty occasioned by Plaintiff's disregard of the reasonable request, the Court painstakingly reviewed the objections de novo, and finds them without merit. *See Garcia v. City of Albuquerque,* 232 F.3d 760, 766-67 (10th Cir. 2000).

    Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 98)* is ADOPTED;

2. Plaintiff is notified that he has accumulated two strikes within the meaning of 28 U.S.C. § 1915(g);

3. Plaintiff's claims are unexhausted and/or without merit;

4. Plaintiff's pending motions (*Docs. 57, 58, 69, 75, 76, 79, 81*) are DENIED;

5. Summary judgment is entered favor of Defendants; and

6. A final judgment dismissing this action with prejudice enter concurrently herewith.

_____
SENIOR UNITED STATES DISTRICT JUDGE